IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA CAUDILL,**<br>      **Plaintiff,**<br><br>      v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br>      **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV1150** |

# O R D E R

AND NOW,  this 28th day of July , 2025, upon consideration of Plaintiff Cynthia C.'s Brief and Statement of Issues in Support of Request for Review (ECF 9), the Commissioner's Response (ECF 13), and Plaintiff's Reply (ECF 14), and after consideration of the Report and Recommendation prepared by United States Magistrate Judge José Raúl Arteaga (ECF 15), it is **ORDERED** that: 1) the Report and Recommendation is **APPROVED** and **ADOPTED**; 2) Plaintiff's Request for Review is **DENIED**; 3) the decision of the Commissioner of Social Security is **AFFIRMED** and **JUDGMENT** is entered in favor of Defendant Commissioner of Social Security, and against Plaintiff Cynthia C.; and, 4)The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**